1  Christopher Parry (State Bar No. 209858)
2  Broadcom Corporation
3  190 Mathilda Place
   Sunnyvale, CA  94086
4  Telephone:  (408) 543-3300
   Facsimile:  (408) 543-3399
5  Email:  cparry@broadcom.com

6  Attorney for Defendant
   BROADCOM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GREGORY BENDER, | Case No. 5:09-cv-1147 (MHP) |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| BROADCOM CORPORATION, | |
| Defendant. | |

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Defendant shall have to and including September 15, 2009 to answer or otherwise respond to the Amended Complaint.  This extension will not alter an event or deadline already set by the Court.

Dated:  August 3, 2009                                         Respectfully submitted,

By:  _____/s/_____          By:  _____/s/_____
    David N. Kuhn (State Bar No. 73389)                  Christopher Parry (State Bar No. 209858)

    Attorney for Plaintiff                                              Attorney for Defendant
    GREGORY BENDER                                            BROADCOM CORPORATION

I, Christopher Parry, am the ECF User whose ID and password are being used to file this Stipulation Regarding Extension of Time to Respond to Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that David N. Kuhn has concurred in this filing.

Dated:   August 3, 2009                           By: _____/s/_____
                                                                                      Christopher Parry

                                                                                      Attorney for Defendant
                                                                                      BROADCOM CORPORATION

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

**IT IS SO ORDERED**

*Judge Marilyn H. Patel*