1  DARIN W. SNYDER (State Bar #136003) dsnyder@omm.com
   ANNE E. HUFFSMITH (State Bar #236438) ahuffsmith@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, California 94111-3823
   Telephone:  (415) 984-8700
4  Facsimile:  (415) 984-8701

5  Attorneys for Defendant
   BROADCOM CORPORATION

6  David N. Kuhn (State Bar #73389)
7  Attorney-at-Law
   144 Hagar Avenue
8  Piedmont, CA 94611
   Telephone:  (510) 653-4983
9  E-mail:  dnkuhn@pacbell.net

10 Attorney for Plaintiff
   GREGORY BENDER
11

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14               **SAN FRANCISCO DIVISION**

15

16 GREGORY BENDER,                    | Case No.  3:09-cv-1147 (MHP)

17              Plaintiff,            | **STIPULATION AND [PROPOSED] ORDER
                                        RESCHEDULING THE CASE**
18        v.                         | **MANAGEMENT CONFERENCE**

19 BROADCOM CORPORATION,

20              Defendant.

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 3:09-CV-1147 (MHP)

1    Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, it is hereby STIPULATED and

2 AGREED by the parties, through their counsel, that the Case Management Conference in the

3 above-captioned action shall take place on **November 30, 2009, at 4:00 PM**.  It is further

4 STIPULATED and AGREED by the parties, through their counsel, that the Joint Case

5 Management Statement shall be filed ten days prior to the conference.  The Declaration of

6 Anne E. Huffsmith, required by Civil Local Rule 6-2(a), is attached.

7

8                          Respectfully submitted,

9 Dated:  October 27, 2009          By:    /s/ Darin W. Snyder

10                                  Darin W. Snyder
                                    O'Melveny & Myers LLP
11                                  Counsel for Defendant BROADCOM CORPORATION

12
                                 By:        /s/ David N. Kuhn
13 Dated:  October 27, 2009          David N. Kuhn
                                     Attorney-at-Law
14                                   Counsel for Plaintiff GREGORY BENDER

15

16    Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

17 this document has been obtained from each of the above-listed signatories.

18                          Respectfully submitted,

19 Dated:  October 27, 2009          By:    /s/ Anne E. Huffsmith

20                                  Anne E. Huffsmith
                                    O'Melveny & Myers LLP
21                                  Counsel for Defendant BROADCOM CORPORATION

22

23        PURSUANT TO STIPULATION IT IS SO ORDERED:

24

25 Dated:  _October 29, 2009 _____          _____

26                                          Judge Marilyn Hall Patel
                                            United States District Judge

27

28
                                                      STIPULATION AND [PROPOSED] ORDER
                                          - 2 -              NO. 3:09-CV-1147 (MHP)