DARIN W. SNYDER (State Bar #136003), dsnyder@omm.com
ANNE E. HUFFSMITH (State Bar #236438), ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Defendant
BROADCOM CORPORATION

David N. Kuhn (State Bar #73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:  (510) 653-4983
E-mail:  dnkuhn@pacbell.net

Attorney for Plaintiff and Counterdefendant
GREGORY BENDER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>  Plaintiff,<br><br>  v.<br><br>BROADCOM CORPORATION,<br><br>  Defendant. | Case No.  3:09-cv-1147 (MHP)<br><br>**CIVIL LOCAL RULE 6-2(a) STIPULATION AND [PROPOSED] ORDER** |

WHEREAS Plaintiff Gregory Bender served his Patent Local Rule 3-1 infringement contentions on December 14, 2009;

WHEREAS Defendant Broadcom Corporation contests the sufficiency of Bender's infringement contentions;

WHEREAS Broadcom and Bender have met and conferred regarding Broadcom's objections to Bender's infringement contentions;

1    WHEREAS Broadcom's Patent Local Rule 3-3 and 3-4 disclosures and response to
2 Bender's complaint are currently due on January 28, 2010;
3    WHEREAS Bender has agreed to provide more specific infringement contentions no later
4 than January 25, 2010, and Bender and Broadcom have agreed to continue, subject to this Court's
5 approval, the dates for Broadcom's Patent Local Rule 3-3 and 3-4 disclosures and response to
6 Bender's complaint to allow Bender to provide more specific infringement contentions and to
7 resolve any disputes over those more specific infringement contentions;
8    THEREFORE, pursuant to Civil Local Rule 6-2(a), the parties hereby STIPULATE and
9 AGREE that the deadline for Broadcom to serve its Patent Local Rule 3-3 and 3-4 disclosures and
10 to respond to Bender's complaint shall be extended by 21 days, until **February 18, 2010**, to allow
11 the parties additional time to resolve their disagreement regarding the sufficiency of Bender's
12 infringement contentions.  The Patent Local Rule 4-1, 4-2, 4-3, and 4-4 deadlines will follow
13 from the modified Patent Local Rule 3-3 and 3-4 deadline.  The declaration required by Civil
14 Local Rule 6-2(a) is attached.  (*See* Huffsmith Declaration.)

Respectfully submitted,

Dated:  January 11, 2010

By: /s/ *Darin W. Snyder*
Darin W. Snyder
O'Melveny & Myers LLP
Counsel for Defendant
BROADCOM CORPORATION

Dated:  January 11, 2010    By:    /s/ *David N. Kuhn*
David N. Kuhn
Attorney-at-Law
Counsel for Plaintiff
GREGORY BENDER

1  Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of
2  this document has been obtained from each of the above-listed signatories.

Respectfully submitted,

Dated: January 11, 2010         By: */s/ Anne E. Huffsmith*
                                    Anne E. Huffsmith
                                    O'Melveny & Myers LLP
                                    Counsel for Defendant
                                    BROADCOM CORPORATION

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated:  1/12/2010                   _____
                                    The Honorable Marilyn Hall Patel
                                    United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel