DARIN W. SNYDER (State Bar #136003), dsnyder@omm.com
ANNE E. HUFFSMITH (State Bar #236438), ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
BROADCOM CORPORATION

David N. Kuhn (State Bar #73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510) 653-4983
E-mail: dnkuhn@pacbell.net

Attorney for Plaintiff
GREGORY BENDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROADCOM CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:09-cv-1147 (MHP)<br><br>**CIVIL LOCAL RULE 6-2(a)<br>STIPULATION AND [PROPOSED]<br>ORDER** |

　　　　WHEREAS Plaintiff Gregory Bender served his revised Patent Local Rule 3-1 infringement contentions on February 1, 2010;

　　　　WHEREAS Defendant Broadcom Corporation contests the sufficiency of Bender's infringement contentions;

　　　　WHEREAS Broadcom and Bender need additional time to meet and confer regarding Broadcom's objections to Bender's infringement contentions;

STIPULATION AND [PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　CASE NO. 3:09-CV-1147 (MHP)

WHEREAS Broadcom's Patent Local Rule 3-3 and 3-4 disclosures and response to Bender's complaint are currently due on February 18, 2010;

THEREFORE, pursuant to Civil Local Rule 6-2(a), the parties hereby STIPULATE and AGREE that the deadline for Broadcom to serve its Patent Local Rule 3-3 and 3-4 disclosures and to respond to Bender's complaint shall be extended by 49 days, until **April 8, 2010**, to allow the parties additional time to resolve their disagreement regarding the sufficiency of Bender's infringement contentions and to allow Broadcom sufficient time to file and have heard a motion to compel Rule 3-1 compliant infringement contentions if necessary. The Patent Local Rule 4-1, 4-2, 4-3, and 4-4 deadlines will follow from the modified Patent Local Rule 3-3 and 3-4 deadline. The declaration required by Civil Local Rule 6-2(a) is attached. (*See* Huffsmith Declaration.)

Respectfully submitted,

Dated: February 10, 2010      By:  /s/ *Darin W. Snyder*
                                   Darin W. Snyder
                                   O'Melveny & Myers LLP
                                   Counsel for Defendant
                                   BROADCOM CORPORATION

Dated: February 10, 2010      By:  */s/ David N. Kuhn*
                                   David N. Kuhn
                                   Attorney-at-Law
                                   Counsel for Plaintiff
                                   GREGORY BENDER

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

Respectfully submitted,

Dated: February 10, 2010      By:  */s/ Anne E. Huffsmith*
                                   Anne E. Huffsmith
                                   O'Melveny & Myers LLP
                                   Counsel for Defendant
                                   BROADCOM CORPORATION

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated:  2/11/2010                  _____
                                   The Honorable M
                                   United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*