```
David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01147 MHP |
| plaintiff, | ) NOTICE OF SETTLEMENT |
| vs. | ) |
| BROADCOM CORPORATION, a California corporation, | ) |
| defendant. | ) |

    Plaintiff Gregory Bender and defendant Broadcom Corporation, through their respective counsel, hereby notify the Court that the parties have entered into a binding settlement agreement with respect to this case.

Dated: March 30, 2010                 /S/
                                    David N. Kuhn, Counsel for Plaintiff

Dated: March 30, 2010     O'Melveney & Myers LLP, counsel for Defendant
                                         By      /S/ Darin Snyder

1
2  I, David N. Kuhn, attest that I am the ECF user whose log-in and
   password are being used to e-file this Stipulated Motion for
   Dismissal and that concurrence in the filing of this document has
3  been obtained from Darin Snyder of O'Melveney & Myers LLP,
   counsel for the Defendant.
4
   Executed on March 30, 2010                _____/S/_____
5  PIEDMONT, CALIFORNIA                                David N. Kuhn

Notice of Settlement: C09-01147 MHP